# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERS KARLSSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONNIE JOSEPHINE TRONCALE, et al., <br><br> Defendants. | Case No. CV 19-8681 FMO (Ex) <br><br> **JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

Pursuant to the Stipulated Application to Dismiss Defendant Connie J. Troncale with Prejudice (Dkt. 36), and the Order Dismissing Defendant Troncale, the court finds that there is no just reason to delay the entry of judgment with respect to plaintiffs' claims against defendant Troncale. Accordingly, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to defendant Troncale. The court shall not retain jurisdiction to enforce the terms of the settlement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

Dated this 16th day of March, 2020.

/s/
Fernando M. Olguin
United States District Judge