JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERS KARLSSON, et al., | Case No. CV 19-8681 FMO (Ex) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CONNIE JOSEPHINE TRONCALE, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 5th day of August, 2020.

/s/
Fernando M. Olguin
United States District Judge